IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALFREDO PEREZ-SAAVEDRA,<br><br>Defendant. | No. 10-mj-43<br><br>RULING ON MOTION FOR PERMISSION TO MARRY |

This matter comes before the Court on the Motion for Permission to Marry (docket number 11) filed by the Defendant on March 2, 2010, and the Response (docket number 13) filed by the Government on March 4, 2010. Pursuant to Local Rule 7.c, the motion will be decided without oral argument.

On February 19, 2010, Defendant Alfredo Perez-Saavedra was charged by Criminal Complaint (docket number 3) with fraud and misuse of documents, in violation of 18 U.S.C. § 1546(a). At his initial appearance, Defendant was ordered detained pending further proceedings. In his instant motion, Defendant states that he is currently detained at the Linn County Jail, and he requests permission to marry Nancy L. Winter. In its response to the motion, the Government states that Ms. Winter "is a potential witness in this matter." If Defendant and Ms. Winter are permitted to marry, then the Government "could be deprived of the opportunity to utilize Ms. Winter as a witness due to assertion of the marital privilege." The Government states that it has no objection to Defendant's request to marry *after* the resolution of this criminal case.

For the reasons stated by the Government in its response, the Court finds that Defendant's motion for permission to marry should be denied at this time without

1

prejudice. Defendant may renew his motion after the criminal case has been resolved and no prejudice results to the Government.

### ORDER

IT IS THEREFORE ORDERED that the Motion for Permission to Marry (docket number 11) filed by Defendant is hereby **DENIED** without prejudice.

DATED this 4th day of March, 2010.

JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA